■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST WILLIAMS, Appellant. [742 NYS2d 544] —Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered June 27, 2000, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 20 years to life, unanimously affirmed.

Defendant's challenge to the sufficiency of the evidence supporting the element of physical injury is unpreserved and we decline to review it in the interest of justice. Were we to review this claim, we would find that by choking the victim and caus-

ing him to lose consciousness, defendant inflicted physical injury (*see*, Penal Law § 10.00 [9]; *People v Bogan*, 70 NY2d 860, 862; *People v Delph*, 269 AD2d 218, *lv denied* 94 NY2d 947). Concur—Buckley, J.P., Rosenberger, Lerner, Rubin and Marlow, JJ.